IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

     vs.

DUSTIN F. EARTH,

                Defendant.

**8:16CR362**


**ORDER**


This matter is before the court on defendant's MOTION TO ENLARGE TIME FOR FILING PRE-TRIAL MOTIONS [27].  For good cause shown, I find that the motion should be granted.  The defendant will be given an approximate 30-day extension.  Pretrial Motions shall be filed by June 26, 2017.

**IT IS ORDERED:**

1.      Defendant's MOTION TO ENLARGE TIME FOR FILING PRE-TRIAL MOTIONS [27] is granted.   Pretrial motions shall be filed on or before June 26, 2017.

2.      Defendant is ordered to file the affidavit required by Rule 16(c), Fed. R. Cr. P. and NE. Crim. R. 12.1 forthwith.

3.      The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and June 26, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 10th day of May, 2017.

                                     BY THE COURT:

                                     s/ F.A. Gossett, III
                                     United States Magistrate Judge